Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yashagbllp@yahoo.com
SBN: 210248

Christopher J. Hufnagel, Esq.
Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Legal@signallaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>EDMUND ABAY and MELISSA JADE ABAY, Individually, and as officers, directors, shareholders, principals, members and/or managers of POCKET BISTRO, LLC, d/b/a POCKET BISTRO,<br><br>and<br><br>POCKET BISTRO, LLC, d/b/a POCKET BISTRO,<br><br>        Defendant. | No.  2:14-CV-00978-LKK-CKD<br><br>**NOTICE OF SETTLEMENT AND ADMINISTRATIVE DISMISSAL** |

PLEASE TAKE NOTICE THAT Plaintiff DIRECTV, LLC (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and

1

compromised the within and foregoing action as against the above named defendants.

This is based upon a settlement made between Plaintiff and the above referenced specific Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed March 1, 2015.  The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendants.  Alternatively, upon completion of the terms of this settlement, Plaintiff will dismiss their claims against the Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: July 15, 2014
       Ellenville, New York

                                    Respectfully submitted,

                                    **DIRECTV, LLC**

                                    By: /s/Christopher J. Hufnagel
                                    CHRISTOPHER J. HUFNAGEL, ESQ.
                                    Attorney for Plaintiff
                                    LONSTEIN LAW OFFICE, P.C.
                                    Office and P.O. Address
                                    80 North Main Street : P.O. Box 351
                                    Ellenville, NY  12428
                                    Telephone:  (845) 647-8500
                                    Facsimile:   (845) 647-6277
                                    Email: Legal@signallaw.com
                                    *Our File No. ES13-07CA-12*


                                    By: /s/Yasha Bronshteyn
                                    YASHA BRONSHTEYN, ESQ.
                                    Ginzburg & Bronshteyn, LLP

```
                                    11111 Santa Monica Boulevard, Suite
                                    1840
                                    Los Angeles, CA 90025
                                    Tel. (310)914-3222
                                    Fax (310)914-4242
                                    Email: yashagbllp@yahoo.com
                                    SBN: 210248
```

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 15th day of July 2014, the undersigned served the foregoing document by Regular Mail on the following:

Edmund Abay
110 Audubon Circle
Sacramento, CA 95831

Melissa Jade Abay
110 Audubon Circle
Sacramento, CA 95831

Pocket Bistro, LLC, d/b/a Pocket Bistro
6401 Riverside Blvd
Sacramento, CA 95831

```
                              By: /s/Christopher J. Hufnagel
                              CHRISTOPHER J. HUFNAGEL, ESQ.
```