UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>EDMUND ABAY, et al.,<br><br>          Defendants. | No. CIV. S-14-978 LKK/CKD<br><br>**ORDER** |

Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The case is hereby STAYED until March 31, 2015. All hearing dates heretofore set in this matter are hereby **VACATED.** The court now orders that the dispositional documents disposing of the case be filed no later than March 31, 2015.

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED: July 21, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT